**Dismiss and Opinion Filed December 2, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01227-CV

**SHEDRICK B. JACKSON, Appellant**
**V.**
**CASA HILLS APARTMENT AT WOLF CREEK, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-04849-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Kennedy
Opinion by Justice Kennedy

Appellant has filed a notice of nonsuit without prejudice, which we construe as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion to the extent that we dismiss the appeal. *See id.*

|  | /Nancy E. Kennedy/ |
| --- | --- |
| 241227f.p05 | NANCY KENNEDY |
|  | JUSTICE |



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHEDRICK B. JACKSON,
Appellant

No. 05-24-01227-CV        V.

CASA HILLS APARTMENT AT
WOLF CREEK, Appellee

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-24-04849-
C.
Opinion delivered by Justice
Kennedy, Chief Justice Burns and
Justice Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 2nd day of December, 2024.